IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–37–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL THOMAS BISHOP, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea.  (Doc. 34.)  Because neither party objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court reviews the Findings and Recommendation for clear error.  *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Michael Thomas Bishop is charged with one count of prohibited person in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1). (Doc. 2.)  Judge DeSoto recommends that this Court accept Mr. Bishop's guilty

1

plea as to the Indictment after he appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 34) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Bishop's motion to change plea (Doc. 24) is GRANTED.

IT IS FURTHER ORDERED that Michael Thomas Bishop is adjudged guilty as charged in the Indictment.

DATED this 19th day of May, 2022.

Dana L. Christensen, District Judge
United States District Court