IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–37–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL THOMAS BISHOP, | |
| Defendant. | |

The Court was informed that the Statement of Reasons filed in this case contained a typographical error in Defendant Michael Thomas Bishop's social security number. The Court hereby notifies the parties that an amended Statement of Reasons containing Mr. Bishop's correct social security number will be filed.

DATED this 29th day of August, 2022.

_____
Dana L. Christensen, District Judge
United States District Court