IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–37–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL THOMAS BISHOP, | |
| Defendant. | |

On November 21, 2025, the Court issued an arrest warrant for Defendant Michael Thomas Bishop. (Doc. 50.) Defendant now moves, unopposed, for the Court to quash that warrant. (Doc. 51.)

IT IS ORDERED that the motion (Doc. 51) is DENIED.

DATED this 8th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1