IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  21–37–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL THOMAS BISHOP, | |
| Defendant. | |

Before the Court is Defendant Michael Thomas Bishop's unopposed motion to allow remote witness. (Doc. 60.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 60) is GRANTED. Defendant's Witness, Paula Mills, LCPC, LAC may appear remotely via videoconference at the March 16, 2026 hearing in the above-captioned matter.

DATED this 12th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court

1